## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER SCOTT,<br><br>    Plaintiff,<br><br>  v.<br><br>CVENT HOLDING CORP., RAJEEV K. AGGARWAL, DAVID BREACH, JIM FRANKOLA, BETTY HUNG, MARCELA MARTIN, SAM PAYTON, MANEET S. SAROYA, and NICOLAS STAHL,<br><br>    Defendants. | Case No. 1:23-cv-04063-JPO<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

  PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Christopher Scott ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: June 1, 2023

                       Respectfully Submitted,

                       */s/ Richard A. Acocelli*
                       Richard A. Acocelli
                       **ACOCELLI LAW, PLLC**
                       33 Flying Point Road, Suite 131
                       Southampton, NY 11968
                       Tel: (631) 204-6187
                       Email: racocelli@acocellilaw.com

                       *Attorneys for Plaintiff*